IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE: STACY M LEVESQUE ) | |
| ) | |
| Litton Loan Servicing / The Bank ) | |
| of New York Mellon f/k/a The Bank ) | |
| of New York as successor to ) | |
| JP Morgan Chase Bank, National ) | Chapter 13 |
| Association, f/k/a JPMorgan Chase ) | |
| Bank, as Trustee under the Pooling ) | |
| and Servicing Agreement, dated as ) | |
| of August 1, 2003, among Credit ) | |
| -Based Asset Servicing and ) | |
| Securitization LLC, Asset Backed ) | |
| Funding Corporation, Litton ) | |
| Loan Servicing LP and JPMorgan ) | |
| Chase Bank, C-BASS Mortgage Loan ) | |
| Ass et-Backed Certificates, Series ) | |
| 2003-CB4, ) | |
| Creditor, ) | Case No. 05B49206 |
| )| Judge A. Benjamin Goldgar |
| vs. ) | |
| ) | |
| STACY M LEVESQUE, ) | |
| Debtor, ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Litton Loan Servicing / The Bank of New York Mellon, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:
1. The Debtor is due for the December 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of November 15, 2010:

| | |
|---|---:|
| a. Attorney 's Fees | $250.00 |
| b. Payments (2 @ $942.09) | $1,884.18 |
| c. Escrow Advance | $13,054.34 |
| d. Bankruptcy Attorney Fee/Cost | $500.00 |
| e Suspense | -$910.15 |
| Total | $14,778.37 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within

thirty days of this notice Litton Loan Servicing / The Bank of New York Mellon rights to collect these amounts will be unaffected.

    Respectfully Submitted,

    Litton Loan Servicing / The Bank of New York Mellon

    <u>/s/Lydia Y. Siu</u>
    Lydia Y. Siu
    ARDC#6288604

    Pierce and Associates, P.C.
    1 North Dearborn
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088