IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 05-49206 |
| STACY M. LEVESQUE, | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | Judge: A. Benjamin Goldgar |

### NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

You are hereby notified that on June 24, 2011 at 10:30 a.m., or as soon after as I may be heard, I will appear before the Honorable Judge Benjamin A. Goldgar or any other Judge sitting in his place and stead at the Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, Illinois 60085-5725, and I will then and there present the:
**MOTION TO EXTEND TIME TO FILE A REPLY DEBTOR'S MOTION TO APPROVE OBJECTION TO LITTON LOAN SERVICING/THE BANK OF NEW YORK MELLON'S RESPONSE TO CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Respectfully Submitted
STACY M. LEVESQUE

By:/s/Paul M. Bach
Paul M. Bach, one of her attorneys
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808
Attorney No. 06209530

### PROOF OF SERVICE

I, Paul M. Bach, certify that I served this Notice and attached Motion with all attachments upon all parties, by ECF Electronic Delivery on June 17, 2011.

/s/ Paul M. Bach
Paul M. Bach

SERVICE LIST

**Mitchell Lieberman**
Noonan & Lieberman Ltd.
105 West Adams
Suite 1100
Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>STACY M. LEVESQUE,<br><br>Debtor. | )   No. 05-49206<br>)<br>)<br>)   Chapter 13<br>)   Judge: A. Benjamin Goldgar |

### MOTION TO EXTEND TIME TO FILE A REPLY DEBTOR'S MOTION TO APPROVE OBJECTION TO LITTON LOAN SERVICING/THE BANK OF NEW YORK MELLON'S RESPONSE TO CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES the Debtor, STACY M. LEVESQUE, by and through her attorney of record, and respectfully moves the Court to extend the deadline for the STACY M. LEVESQUE to file a Reply to the Response of Litton Loan Servicing et al's Response to the Chapter 13 Trustee's Notice of Payment of Final Mortgage Cure and states as follows:

1. On June 3, 2011 the parties appeared before the court and after some discussion the court ordered the Debtor to file a Reply to the Response of Litton Loan Servicing et al's Response to the Chapter 13 Trustee's Notice of Payment of Final Mortgage Cure on or before June 17, 2011.

2. As a result of other pending matters which took more time than anticipated and needing additional information from the Debtor, the

undersigned counsel was unable to complete the response and requests additional time through and including June 21, 2011.

3. The undersigned attorney apologizes to the court and opposing for needing additional time.

WHEREFORE, the Plaintiffs respectfully pray to the Court as follows:

A. That the court grant the debtor until June 21, 2011 to file a Reply to the Response of the Litton Loan Servicing et al to the Objection of the Debtor to the Chapter 13 Trustee's Notice of Final Mortgage Cure;

B. That the Debtor have such other and further relief as to the court may seem just and proper.

/s/Paul M. Bach
Paul M. Bach
Attorney for STACY M. LEVESQUE
P.O. Box 1285
Northbrook, IL 60065
TELEPHONE: (847) 564 0808
TELEFAX: (847) 564-0985
paul@bachoffices.com